# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PONCHATOULA COUNTRY MARKET, INC.

VERSUS

CITY OF PONCHATOULA

CONSOLIDATED WITH

PONCHATOULA COUNTRY MARKET, INC.

VERSUS

ST. BRIDGET PROPERTIES, L.L.C. D/B/A
PAUL'S CAFÉ OF PONCHATOULA

NO. 2025 CW 0948

**OCTOBER 21, 2025**

---

In Re:    Ponchatoula Country Market, Inc., applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2022-00001711 c/w 2024-0000971.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED IN PART WITH ORDER AND DENIED IN PART.** The portion of the trial court's August 18, 2025 order, which denied the defendant, Ponchatoula Country Market, Inc., a suspensive appeal from the July 2, 2025 judgment, is reversed. Because the defendant's motion for a suspensive appeal was timely filed, the writ application is granted for the limited purpose of remanding this matter to the trial court with instructions to grant a suspensive appeal to defendant, Ponchatoula Country Market, Inc, and to set the security to be furnished for the appeal. See La. Code Civ. P. art. 2124(B). A copy of this court's order is to be included in the appellate record. In all other respects, the writ is denied.

                    **WIL**
                    **EW**
                    **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT